BEFORE THE SECOND DIVISION, NOVEMBER 6, 1961

**No. 66192.**—Julie Pomerantz, Inc. *v.* United States, protests 59/10980 and 60/12082 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of meat holders similar in all material respects to those the subject of Abstract 63928, except that they are in chief value of other base metal, the claim of the plaintiff was sustained.

**No. 66193.**—Enlite Products Co., Inc. *v.* United States, protest 59/34561 (Philadelphia).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of noncellulosic plastic streamers used on the ends of handlebars of bicycles or velocipedes similar in use to streamers in chief value of steel, not plated with platinum, gold, or silver, or colored with gold lacquer, and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.